**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| **Plaintiff,** | : | **Case No. 2:92-CV-874** |
| **v.** | : | **Judge Holschuh** |
| **DEBRA G. WRIGHT,** | : | **Magistrate Judge Abel** |
| **Defendant.** | : | |
| | : | |

**ORDER**

On May 23, 2005, Magistrate Judge Kemp held a show cause hearing in order to determine why Defendant should not be held in civil contempt for failing to comply with previous orders of the Court requiring her to appear for a judgment debtor exam.  Defendant appeared at the hearing and executed the requested declaration.

Following that hearing, on May 25, 2005, Magistrate Judge Kemp issued a Report and Recommendation, recommending that the April 12, 2005 show cause order be withdrawn.  The parties were advised that they had ten days to file objections to the Report and Recommendation. The time for filing objections has since expired and, to date, no objections have been filed.

The Court, therefore, **ADOPTS** Magistrate Judge Kemp's May 25, 2005 Report and Recommendation and **WITHDRAWS** the show cause order dated April 12, 2005.

**IT IS SO ORDERED.**

Date: June 13, 2005

**/s/ John D. Holschuh**
John D. Holschuh, Judge
United States District Court